## BAGLEY v. STATE.

No. 24377.

Court of Criminal Appeals of Texas.

May 11, 1949.

## BURGESS v. STATE.

No. 24376.

Court of Criminal Appeals of Texas.

May 11, 1949.

None on appeal for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

KRUEGER, Judge.

The offense is driving a motor vehicle upon a public highway while under the influence of intoxicating liquor. The punishment assessed is six months in the county jail and a fine of $250.00.

The record in this case is before us without any bills of exception or a statement of facts. Consequently, there is nothing presented for review. The com-

None on appeal for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

KRUEGER, Judge.

The offense is burglary. The punishment assessed is confinement in the state penitentiary for a term of two years.

The record in this case is before us without any bills of exception or a statement of facts. Consequently, there is nothing presented for review. The indictment seems to be in due and legal form.

The judgment of the trial court is affirmed.

Opinion approved by the Court.